# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143406-7

LAWRENCE TUCKER,
   Plaintiff-Appellee,

v

                SC: 143406
                COA: 299191
                Macomb Cir Ct Family
TAMI DEVEROUX,         Division: 2002-001711-DC
     Defendant-Appellant.

_____/

LAWRENCE TUCKER,
    Plaintiff-Appellee,

v

                SC: 143407
                COA: 300257
                Macomb Cir Ct Family
TAMI DEVEROUX,         Division: 2002-001711-DC
     Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the April 19, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

p0829